# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00579-CR

**Chad Alan Cappiello a/k/a Chad Russell, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 71641, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Chad Alan Cappiello seeks to appeal from an order of deferred adjudication for theft. *See* Tex. Penal Code § 31.03. The trial court has certified that (1) this is a plea-bargain case and Cappiello has no right of appeal, and (2) Cappiello has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed: October 11, 2016

Do Not Publish